IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| In re | Case No. 25-19766-LSS |
| 7333 New Hampshire T Units LLC | Chapter 11 |
| Debtor. | |
| | |
| 7333 New Hampshire T Units LLC | Adv. Case No. 26-00026-LSS |
| Plaintiff, | |
| v. | |
| WEST 11, LLC | |
| Defendant. | / |

## AFFIDAVIT OF SERVICE

I HEREBY CERTIFY that on this 4th day of March, 2026, copies of (i) the complaint in this matter, DE #1; and (ii) the summons in this matter, DE #2, were sent by a reputable third party mailing vendor, via first class mail, postage prepaid, to:

WEST 11, LLC
C/O ESKIN LAW, LLC
1700 REISTERSTOWN RD STE 212
PIKESVILLE MD 21208

WEST 11, LLC
C/O RICHARD L. COSTELLA, TYDINGS & ROSENBERG
1 EAST PRATT STREET, SUITE 901
BALTIMORE MD 21202

WEST 11, LLC
C/O TYDINGS & ROSENBERG LLP
1 EAST PRATT STREET, SUITE 901
BALTIMORE MD 21202

1

WEST 11 LLC
C/O MARYLAND RESIDENT AGENT INC.
5000 THAYER CENTER, SUITE C
OAKLAND MD 21550

and

WEST 11 LLC
173 SAINT PATRICKS DRIVES
SUITE 104
WALDORF MD 20603

Pursuant to Federal Rule of Bankruptcy Procedure 7004(b)(3)(A), I note Maryland Resident Agent Inc. to be an entity authorized by appointment to receive service for West 11, LLC, and that service of process in this case has accordingly been formally effectuated.

Respectfully submitted,

Dated: March 4, 2026          By:     /s/ Maurice B. VerStandig
                                      Maurice B. VerStandig, Esq.
                                      Bar No. MD18071
                                      The VerStandig Law Firm, LLC
                                      9812 Falls Road, #114-160
                                      Potomac, Maryland 20854
                                      Phone: (301) 444-4600
                                      mac@mbvesq.com
                                      *Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of March, 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig

2