**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

In re                                                                    Case No. 25-19766-LSS

7333 New Hampshire T Units LLC                      Chapter 11

        Debtor.

_____

7333 New Hampshire T Units LLC                      Adv. Case No. 26-00026-LSS

        Plaintiff,

v.

WEST 11, LLC

        Defendant.

_____/

### <u>REQUEST FOR ENTRY OF CLERK'S DEFAULT</u>

Comes now 7333 New Hampshire T Units LLC (the "Debtor" or "Plaintiff"), by and through undersigned counsel, pursuant to Federal Rule of Bankruptcy Procedure 7055 and Federal Rule of Civil Procedure 55(a), and moves the clerk of this Honorable Court to enter the default of West 11, LLC ("West 11" or the "Defendant"), and in support thereof states as follows:

This matter was filed on February 17, 2026, *see* Complaint, DE #1, with a summons thereafter being issued on February 25, 2026, DE #2, and service thereof being timely effectuated on March 4, 2026, DE #4. An answer or responsive filing was due not later than March 27, 2026. *See* Summons, DE #2; Fed. R. Bankr. P. 7012(a)(1).

No answer or responsive filing has been docketed in this matter. *See* Docket, *passim*.

Accordingly, consistent with the allowances of Federal Rule of Civil Procedure 55(a)—made applicable by Federal Rule of Bankruptcy Procedure 7055—the Debtor respectfully asks the clerk of this Honorable Court to enter the default of West 11.

1

Respectfully submitted,

Dated: April 10, 2026          By:     /s/ Maurice B. VerStandig
                                       Maurice B. VerStandig, Esq.
                                       Bar No. MD18071
                                       The VerStandig Law Firm, LLC
                                       9812 Falls Road, #114-160
                                       Potomac, Maryland 20854
                                       Phone: (301) 444-4600
                                       mac@mbvesq.com
                                       *Counsel for the Debtor*

## CERTIFICATE PURSUANT TO NEVADA RULE OF PROFESSIONAL CONDUCT 3.5A

Undersigned counsel is a member, in good standing, of the State Bar of Nevada. While it is sincerely believed the Nevada Rules of Professional Conduct are not applicable to a proceeding in this Honorable Court, undersigned counsel is also mindful that the Nevada Rules of Professional Conduct at least intimate otherwise. *See* Nev. Rules of Prof'l Conduct 8.5. Accordingly, undersigned counsel does hereby certify that prior to filing this request for entry of a clerk's default, a good faith conference was had with the attorney believed to be representing West 11 and, following such conference, undersigned counsel reasonably believes that seeking a default herein does not amount to action to "take advantage of the lawyer by causing any default . . . to be entered without first inquiring about the opposing lawyer's intention to proceed." Nev. Rules of Prof'l Conduct 3.5A.

/s/ Maurice B. VerStandig
Maurice B. VerStandig

*[Certificate of Service on Following Page]*

2

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 10th day of April, 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig
