# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.: **25–19766 – LSS**    Chapter: **11**    Adversary No.: **26–00026**

**7333 New Hampshire T Units LLC**
Debtor

**7333 New Hampshire T Units LLC**
Plaintiff

vs.

**West 11 LLC**
Defendant

# ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

Name: West 11 LLC

Therefore, default is entered against the defendant as authorized by Federal Bankruptcy Rule 7055.

Dated: 4/10/26

Mark A. Neal, Clerk of Court
by Deputy Clerk, Joseph Chandler
410–962–4425

cc:    Plaintiff

Attorney for Plaintiff – Maurice Belmont VerStandig

Defendant

Attorney for Defendant – PRO SE

clkdflt (08/2006) – *JosephChandler*