Entered: April 30th, 2026
Signed: April 29th, 2026

**SO ORDERED**

No opposition.



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
**Greenbelt Division**

| | |
|---|---|
| In re | Case No. 25-19766-LSS |
| 7333 New Hampshire T Units LLC | Chapter 11 |
| Debtor. | |

| | |
|---|---|
| 7333 New Hampshire T Units LLC | Adv. Case No. 26-00026-LSS |
| Plaintiff, | |
| v. | |
| WEST 11, LLC | |
| Defendant. | |

_____/

## JUDGMENT

Upon consideration of the Motion for Entry of Default Judgment (the "Default Motion"), DE #8; the clerical default entered herein (the "Clerk's Default"), DE #7; the allegations of the complaint in this case (the "Complaint"), DE #1; governing law, and the record herein, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Default Motion be, and hereby is, GRANTED; and it is further

1

ORDERED, that judgment on Count I of the Complaint be, and hereby is, ENTERED in favor of 7333 New Hampshire T Units LLC (the "Debtor"), and against West 11, LLC; and it is further

ORDERED, that the judgment foreclosing right of redemption, entered by the Circuit Court for Montgomery County, Maryland, in the matter of *West 11, LLC v. Tenacity 7333 New Hampshire Avenue, LLC, et al.*, Case No. C-15-CV-25-000840, as entered on August 8, 2025, be, and hereby is, AVOIDED pursuant to section 547 of title 11 of the United States Code, with said judgment to be regarded for all purposes as null and void; and it is further

ORDERED, that the judgment foreclosing right of redemption, entered by the Circuit Court for Montgomery County, Maryland, in the matter of *West 11, LLC v. Tenacity 7333 New Hampshire Avenue, LLC, et al.*, Case No. C-15-CV-25-000832, as entered on August 8, 2025, be, and hereby is, AVOIDED pursuant to section 547 of title 11 of the United States Code, with said judgment to be regarded for all purposes as null and void; and it is further

ORDERED, that 7333 New Hampshire T Units LLC (the "Debtor") be, and hereby is, found, decreed and adjudged to be the lawful owner of the real property commonly known as 7333 New Hampshire Avenue, Unit PH01, Takoma Park, Maryland 20912, and more particularly described as District – 13 Account Number – 03649442, with an SDAT Legal Description of UN PH001 NORTH TAKOMA OVERLOOK CODM PH 1 AMENDED 10518; and it is further

ORDERED, that the Debtor be, and hereby is, found, decreed and adjudged to be the lawful owner of the real property commonly known as 7333 New Hampshire Avenue, Unit 902, Takoma Park, Maryland 20912, and more particularly described as District – 13 Account Number – 03649214, with an SDAT Legal Description of UN 902 NORTH TAKOMA OVERLOOK CODM PH 1; and it is further

ORDERED, that Count II of the Complaint be, and hereby is, DISMISSED as moot, in light of the entry of judgment on Count I thereof; and it is further

ORDERED, that the transfers of real estate ownership interests provided for herein shall be effectuated without the imposition of any stamp tax or similar tax, pursuant to the allowances of section 1146 of title 11 of the United States Code, insofar as this judgment is entered pursuant to a confirmed plan of reorganization; and it is further

ORDERED, that this Honorable Court reserves jurisdiction to enter further orders consistent with this judgment, including—but not limited to—any orders necessary to effectuate the avoidance of the property transfers set forth herein.

Copies:
All Counsel of Record