United States Bankruptcy Court

District of Maryland

7333 New Hampshire T Units LLC,

    Plaintiff

Adv. Proc. No. 26-00026-LSS

West 11 LLC,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Apr 30, 2026 | Form ID: pdfall | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + 7333 New Hampshire T Units LLC, 1801 16th Street, NW#606, Washington, DC 20009-3324 |
| dft | + West 11 LLC, 1700 Reisterstown Rd, Suite 212, Baltimore, MD 21208-2484 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |

TOTAL: 1

Entered: April 30th, 2026
Signed: April 29th, 2026

**SO ORDERED**

No opposition.



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

| | |
|---|---|
| In re | Case No. 25-19766-LSS |
| 7333 New Hampshire T Units LLC | Chapter 11 |
| Debtor. | |
| _____ | |
| 7333 New Hampshire T Units LLC | Adv. Case No. 26-00026-LSS |
| Plaintiff, | |
| v. | |
| WEST 11, LLC | |
| Defendant. | |
| _____/ | |

### JUDGMENT

Upon consideration of the Motion for Entry of Default Judgment (the "Default Motion"), DE #8; the clerical default entered herein (the "Clerk's Default"), DE #7; the allegations of the complaint in this case (the "Complaint"), DE #1; governing law, and the record herein, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Default Motion be, and hereby is, GRANTED; and it is further

1

ORDERED, that judgment on Count I of the Complaint be, and hereby is, ENTERED in favor of 7333 New Hampshire T Units LLC (the "Debtor"), and against West 11, LLC; and it is further

ORDERED, that the judgment foreclosing right of redemption, entered by the Circuit Court for Montgomery County, Maryland, in the matter of *West 11, LLC v. Tenacity 7333 New Hampshire Avenue, LLC, et al.*, Case No. C-15-CV-25-000840, as entered on August 8, 2025, be, and hereby is, AVOIDED pursuant to section 547 of title 11 of the United States Code, with said judgment to be regarded for all purposes as null and void; and it is further

ORDERED, that the judgment foreclosing right of redemption, entered by the Circuit Court for Montgomery County, Maryland, in the matter of *West 11, LLC v. Tenacity 7333 New Hampshire Avenue, LLC, et al.*, Case No. C-15-CV-25-000832, as entered on August 8, 2025, be, and hereby is, AVOIDED pursuant to section 547 of title 11 of the United States Code, with said judgment to be regarded for all purposes as null and void; and it is further

ORDERED, that 7333 New Hampshire T Units LLC (the "Debtor") be, and hereby is, found, decreed and adjudged to be the lawful owner of the real property commonly known as 7333 New Hampshire Avenue, Unit PH01, Takoma Park, Maryland 20912, and more particularly described as District – 13 Account Number – 03649442, with an SDAT Legal Description of UN PH001 NORTH TAKOMA OVERLOOK CODM PH 1 AMENDED 10518; and it is further

ORDERED, that the Debtor be, and hereby is, found, decreed and adjudged to be the lawful owner of the real property commonly known as 7333 New Hampshire Avenue, Unit 902, Takoma Park, Maryland 20912, and more particularly described as District – 13 Account Number – 03649214, with an SDAT Legal Description of UN 902 NORTH TAKOMA OVERLOOK CODM PH 1; and it is further

ORDERED, that Count II of the Complaint be, and hereby is, DISMISSED as moot, in light of the entry of judgment on Count I thereof; and it is further

ORDERED, that the transfers of real estate ownership interests provided for herein shall be effectuated without the imposition of any stamp tax or similar tax, pursuant to the allowances of section 1146 of title 11 of the United States Code, insofar as this judgment is entered pursuant to a confirmed plan of reorganization; and it is further

ORDERED, that this Honorable Court reserves jurisdiction to enter further orders consistent with this judgment, including—but not limited to—any orders necessary to effectuate the avoidance of the property transfers set forth herein.

Copies:
All Counsel of Record